UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 18-00630-CCJ
CHAPTER 13 CASE

IN RE:

LEONARDO PEREZ
AKA LEONARDO WORLD CLASS HAIR
Debtor(s).
_____/

**PRELIMINARY OBJECTION TO
CONFIRMATION OF PLAN**

MOVANT, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, a secured creditor, for property located at 1800 SILVER VALLEY CT C, APOPKA, FL 32712 by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. Movant intends to file a Proof of Claim to show total approximate arrearage due under its mortgage of $99,502.60 and the total debt of $307,534.67 and the regular post petition monthly payments of $1789.55 which includes escrows of $437.97. Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).

2. Creditor is aware that the Plan proposes a Mortgage Modification, however, such modification has not been entered into at this point or a Motion even filed and the Creditor is filing this Objection to preserve its rights in regards to a Plan that does not conform to the Secured Creditor's Proof of Claim.

3. The filing of this objection should be considered an informal proof of claim.

4. Movant reserves the right to file a supplemental objection.

5. Movant has not accepted the Plan.

WHEREFORE, Movant, SETERUS, INC., AS AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND

18-00278

EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, files this Preliminary Objection to Confirmation of Plan and moves the Court to deny confirmation of said plan.

    I HEREBY certify that a true and correct copy of the Preliminary Objection to Confirmation of Plan was delivered to the addressees on the attached mailing list by First Class U. S. Mail postage pre-paid and/or electronic mail this _____ day of __April__, 2018.

                        Choice Legal Group, P.A.
                        P.O. Box 9908
                        Fort Lauderdale, FL 33310-0908
                        Telephone:  (954) 453-0365/1-800-441-2438
                        Facsimile:  (954) 771-6052
                        Scott.Weiss@clegalgroup.com

                        By: _____
                        Scott R. Weiss, Esq.
                        Bar Number: 0710910

Mailing List for Bankruptcy Case No:18-00630-CCJ

U.S. TRUSTEE
UNITED STATES TRUSTEE - ORL7/13, 7
OFFICE OF THE UNITED STATES TRUSTEE
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801

LAURIE K. WEATHERFORD, TRUSTEE
POST OFFICE BOX #3450
WINTER PARK, FL 327903450

LEONARDO PEREZ
1800 SILVERVALLEY COURT
APOPKA, FL 32712

ADAM G. RUSSO, ESQ
MYERS & EICHELBERGER, P.L.
5728 MAJOR BLVD STE 735, ORLANDO, F

18-00278