UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 6:18-bk-00630-CCJ
Chapter 13

LEONARDO PEREZ,

_____ Debtor./

## MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION

The Debtor requests entry of an order referring the Debtor and Seterus, Inc., as authorized sub servicer for Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America., whose mortgage lien encumbers the Debtor's real property located at: 1800 Silver Valley Court, Apopka Florida 32712 with a Mortgage Loan Number ending in 9932, to mortgage modification mediation, and in support states:

1. The Debtor filed this bankruptcy case in an attempt to retain his primary residence.

2. The Debtor would like to modify the terms of the mortgage encumbering his primary residence. The Debtor's income will allow him to contribute as much as 31 percent of his current gross income to payment of his modified mortgage debt.

3. Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

WHEREFORE, the Debtor requests the entry of an order referring this case to mediation and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 23rd day of April, 2018.

*/s/ Adam G. Russo*
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 23rd day of April, 2018 to Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, Florida 32950; Choice Legal Group PA, PO Box 9908, Fort Lauderdale, Florida 33310-0908; Seterus, Inc as servicer for Fannie Mae., PO Box 1047, Hartford CT 06143.

/s/Adam G. Russo
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com