UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:18-BK-00630
Chapter 13

In Re:
Leonardo Perez
    Debtor.
_____/

# FINAL MEDIATION REPORT

In accordance with the Mortgage Modification Mediation Order a mediation conference was conducted by Viktoria Collins, Florida Supreme Court Certified Circuit Civil Mediator, on September 20, 2018 for the following property: 1800 Silvervalley Court Apopka , FL 32712. The parties agreed to continue mediation.   Prior to returning the following occurred:

    An agreement was reached.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by electronic mail to:

**Debtors**, c/o Debtor's Counsel;

**Debtors' Counsel**,   Adam Russo, Esquire, Myers & Eichelberger & Russo, P L, 5728 Major Blvd Ste.735, Orlando, FL 32819-7977;

**Chapter 13 Trustee**, Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32792;

**Creditor**, c/o Creditor's Counsel; Re, Reshaundra Suggs Esq., Choice Legal Group, P.O. Box 9908

Ft. Lauderdale, FL 33310-0908.

    Respectfully submitted this 8th day of October 2018.

    /s Viktoria Collins
    Viktoria Collins, Esquire
    Circuit Court Mediator
    Certification No.: 20426CFRA
    Fla. Bar No. 0521299
    200 South Knowles Avenue
    Winter Park, FL 32789
    Telephone: (407) 790 4173
    Facsimile:   (407) 347 4092